UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 2

# SweepsNPrizes website screen shots



# LIKE US ON FACEBOOK
## ENTER TO WIN $50,000 TODAY!

# ENTER TODAY!
## GET STARTED HERE!

Like us on Facebook and enter the GRAND $50,000 prize drawing!

Also get 5 chances a day to win GREAT PRIZES to our Daily Draw.

To register, click the Facebook icon below. We'll get your info from Facebook and you'll go straight to the chance to WIN!

CLICK  TO GET STARTED



# 3 EASY STEPS TO WIN INSTANTLY

**1.** Like US ON facebook

**2.** GO TO SWEEPS&PRIZES

**3.** SPIN TO WIN

# WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ

NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

© 2012 SweepsnPrizes. All rights reserved.

**SWEEPS&PRIZES**

