UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 3

# SweepsNPrizes targeted website screen shots for BMW sweepstakes



Case 9:12-cv-80895-DMM   Document 1-3   Entered on FLSD Docket 08/21/2012   Page 3 of 11

Enter To Win $50,000 - cw-80895-DMM.com ... fled/on FLSD Docket 08/21/2012 Page 3 of 11 SweepsNPriz...

# SWEEPS & PRIZES



Like us on Facebook and enter the GRAND **$50,000** prize drawing!

Also get 5 chances a day to win **GREAT PRIZES** to our Daily Draw.

To register, click the Facebook icon below. We'll get your info from Facebook and you'll go straight to the chance to **WIN!**



CLICK TO GET STARTED

## 3 EASY STEPS TO WIN INSTANTLY



1. Like US ON facebook
2. GO TO SWEEPS&PRIZES
3. SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.



Just fill out this form once. After you register, visit once a day for 5 chances a day to win GREAT PRIZES to our Daily Draw, you'll automatically be entered into Sweeps & Prizes $50,000 drawing. It's our way of making fun stuff more fun.

First Name

Last Name

Street Address *

City *

Zip Code *

State *

AL

Phone Number

Date of Birth

Select One

Email Address

Confirm Email

☑ Yes, I want to receive daily reminder emails from Sweeps & Prizes so I never forget to play the Instant Win.

Yes, I'd like to receive information about upcoming chances to win and reminders via my mobile phone.

**Mobile Number**

place image verifier code here 

**SUBMIT**

## 3 EASY STEPS TO WIN INSTANTLY



## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.

Spin To Win $50,000 - sweepsnprizes.com  file:///C:/Users/CHD/Desktop/SWEEPSNPRIZES%ALL/SweepsNPriz...

Case 9:12-cv-80895-DMM   Document 1-3   Entered on FLSD Docket 08/21/2012   Page 5 of 11



## Welcome Back!

Please enter your email address below, so we know who you are, to play our Daily Instant Win for your choice of 4 Great Prizes!

Email Address: [          ]

[SUBMIT]

If you have not done so already Click [Like] us now and you will instantly receive 2 more daily spins everyday starting right now!



## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.



## GETTING TO KNOW YOU

As a part of the Sweeps & Prizes, we'll send you emails on our new sweepstakes to enter if you've opted in to receive emails.

The more we know about you, the closer we can match promotions to your interests. While these questions are optional, it will help us tailor future opportunities coming your way.

Indicate your areas of interests (check all that apply):

- Health and Fitness
- Coupons & Deals
- Dining out
- Furthering Education
- Pets
- Credit Cards
- Travel
- Games & Entertainment
- Survey's
- Free Trial Offers
- Home Improvement

- Fashion and Beauty
- Automotive
- Television and Movies
- Credit Score & Repair
- Daily Deals
- Debt Relief
- Dating
- Investing
- Mortgage & Real Estate
- Cash Advance (Payday)
- Insurance Deals

**NEXT >**    No Thanks

## 3 EASY STEPS TO WIN INSTANTLY



1. Like US ON facebook
2. GO TO SWEEPS&PRIZES
3. SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.

## SWEEPS & PRIZES

### BECOME ONE OF OVER 10,000 WINNERS EVERY 90 DAYS.

Spin Now! For your chance to Win any 1 of these 4 Great Prizes! (Winners get to choose any 1 of the 4 prizes)

3 Day / 2 Night Getaway for Two to over 40 destinations nationwide including Disney World, Las Vegas, New York City

$100 Retail Rebate Reward Certificate at over 200 Retailers Nationwide like WalMart, Target, KMart, Home Depot & Best Buy

$500 Grocery Savings Program good at over 127,000 grocery stores nationwide including Kroger, Safeway, Shoprite, Winn- Dixie, Publix, A &P, Pathmark, BJ's, Sams, Costco and lots more....

$25 Restaurant Dining Certificate over 18,000 Restaurants Nationwide

### IT'S TIME TO SPIN TO WIN!

**To Play**: Hit the spin button below for a chance to spell out "Winner" and become an Instant Winner! Don't forget you have 5 chances to Spin to Win any one of the Great prizes on the left every day! Good Luck

PLACE SLOT MACHINE HERE WITH PLAY BUTTON

Click  us now and you will instantly receive 2 more daily spins everyday starting right now!

**NEXT >**

## 3 EASY STEPS TO WIN INSTANTLY



1. Like US ON facebook
2. GO TO SWEEPS&PRIZES
3. SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.



### TRY AGAIN TOMORROW

Sorry! You didn't win this go-around. Try again daily through September 30, 2012!

But don't walk away sad — you still could end up being our $50,000 grand prize winner!



## 3 EASY STEPS TO WIN INSTANTLY



## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.



SWEEPS&PRIZES




***OOPS!***

Our records indicate that you have already played our Instant Win today!

Be sure to come back tomorrow for your chance to Win. Have a great day!

Sweeps & Prizes
Marketing Team

Click Like us now and you will instantly receive 2 more daily spins everyday starting right now!

## 3 EASY STEPS TO WIN INSTANTLY




## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ

NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

© 2012 SweepsnPrizes. All rights reserved.

# SWEEPS & PRIZES



## Welcome To Sweeps & Prizes $50,000 BMW 5 Series Car Sweepstake!

I Guess Since You Entered Our $50,000 BMW 5 Series Sweeps You Must Have Some Interest In Getting A New Car, Who Wouldn't, Right?

Please Take A Moment To Answer A Few Questions Below. I Promise This Will Be The ONLY Time We Ever Ask You A Question Again on Our Website!

If You Do Not Win Our $50,000 BMW 5 Series Sweepstakes, Would You Still Be Interested In Buying A New Or Used Car Or Truck If The Deal Was Right For You?
- If You Were Interested In Buying A New Car Or Truck Would You Pay Cash, Or Finance It?
- No

If You Were Interested In Buying A New Car Or Truck Would You Pay Cash, Or Finance It?
- Cash
- Finance

Would You Be Interested In Getting A Free Quote To Save Money On Your Auto Insurance?
- Yes
- No

If You Do Not Win Our Sweepstakes And Decide To Keep Your Existing Car Or Truck. Would You Be Interested In An Extended Auto Warranty To Keep Your Car Or Truck In Tip Top Condition?
- Yes
- No

[ I WANT TO SPIN NOW > ]    No, thanks

## 3 EASY STEPS TO WIN INSTANTLY
3 EASY STEPS TO WIN INSTANTLY

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.

# SWEEPS & PRIZES

## CONGRATULATIONS YOU WON!

You will be notified via email how to redeem your choice of one of the prizes below.

3 Day / 2 Night Getaway for Two to over 40 destinations nationwide including Disney World, Las Vegas, New York City

$100 Retail Rebate Reward Certificate at over 200 Retailers Nationwide like WalMart, Target, KMart, Home Depot & Best Buy

$500 Grocery Savings Program good at over 127,000 grocery stores nationwide including Kroger, Safeway, Shoprite, Winn-Dixie, Publix, A &P, Pathmark, BJ's, Sams, Costco and lots more....

$25 Restaurant Dining Certificate over 18,000 Restaurants Nationwide

**NEXT >**

## 3 EASY STEPS TO WIN INSTANTLY



1. Like US ON facebook
2. GO TO SWEEPS & PRIZES
3. SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.
© 2012 SweepsnPrizes. All rights reserved.