UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 4

# SweepsNPrizes targeted website screen shots for Education sweepstakes









college sweeps banners.jpg (JPEG Image 1148 × 1096 pixels) - Scaled... file:///C:/Users/02/21/2012college sweeps banners.jpg
Case 9:12-cv-80895-BMM Document 1-4 Entered on FLSD Docket 08/21/2012 Page 6 of 6


