UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 6

# SweepsNPrizes targeted website screen shots for Get Out of Debt sweepstakes






# SWEEPS&PRIZES

## ENTER TODAY!
### GET STARTED HERE!

Just fill out this form once. After you register, visit once a day for 5 chances a day to win GREAT PRIZES to our Daily Draw, you'll automatically be entered into Sweeps & Prizes $50,000 drawing. It's our way of making fun stuff more fun.

- First Name
- Last Name
- Street Address *
- City *
- Zip Code *
- State *
- AL ▼
- Date of Birth
- Select One ▼
- Email Address
- Confirm Email
- Phone Number
- Mobile Number

☑ Yes, I want to receive daily reminder emails from Sweeps & Prizes so I never forget to play the Instant Win.

☑ Yes, I'd like to receive information about upcoming chances to win and reminders via my mobile phone.

place image verifier code here 

SUBMIT

## 3 EASY STEPS TO WIN INSTANTLY

**1.** Like US ON facebook

**2.** GO TO SWEEPS&PRIZES

**3.** SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!



# SWEEPS&PRIZES

## GETTING TO KNOW YOU

As a part of the Sweeps & Prizes, we'll send you emails on our new sweepstakes to enter if you've opted in to receive emails.

The more we know about you, the closer we can match promotions to your interests. While these questions are optional, it will help us tailor future opportunities coming your way.

Indicate your areas of interests (check all that apply):

- ☐ Health and Fitness
- ☐ Coupons & Deals
- ☐ Dining out
- ☐ Furthering Education
- ☐ Pets
- ☐ Credit Cards
- ☐ Travel
- ☐ Games & Entertainment
- ☐ Survey's
- ☐ Free Trial Offers
- ☐ Home Improvement

- ☐ Fashion and Beauty
- ☐ Automotive
- ☐ Television and Movies
- ☐ Credit Score & Repair
- ☐ Daily Deals
- ☐ Debt Relief
- ☐ Dating
- ☐ Investing
- ☐ Mortgage & Real Estate
- ☐ Cash Advance (Payday)
- ☐ Insurance Deals

**NEXT ►**

No Thanks

## 3 EASY STEPS TO WIN INSTANTLY

**1.** Like us on **facebook**

**2.** GO TO **SWEEPS&PRIZES**

**3.** SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ

NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

© 2012 SweepsnPrizes. All rights reserved.

# SWEEPS&PRIZES

## BECOME ONE OF OVER 10,000 WINNERS EVERY 90 DAYS.

Spin Now! For your chance to Win any 1 of these 4 Great Prizes! (Winners get to choose any 1 of the 4 prizes)

- 3 Day / 2 Night Getaway for Two to over 40 destinations nationwide including Disney World, Las Vegas, New York City
- $100 Retail Rebate Reward Certificate at over 200 Retailers Nationwide like WalMart, Target, KMart, Home Depot & Best Buy
- $500 Grocery Savings Program good at over 127,000 grocery stores nationwide including Kroger, Safeway, Shoprite, Winn-Dixie, Publix, A&P, Pathmark, BJ's, Sams, Costco and lots more....
- $25 Restaurant Dining Certificate over 18,000 Restaurants Nationwide

## IT'S TIME TO SPIN TO WIN!

**To Play**: Hit the spin button below for a chance to spell out "Winner" and become an Instant Winner! Don't forget you have 5 chances to Spin to Win any one of the Great prizes on the left every day! Good Luck

PLACE SLOT MACHINE HERE WITH PLAY BUTTON

Click 👍 Like us now and you will instantly receive 2 more daily spins everyday starting right now!

[NEXT >]

## 3 EASY STEPS TO WIN INSTANTLY

**1.** Like US ON facebook

**2.** GO TO sweeps&prizes

**3.** SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper, so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

NO PURCHASE NECESSARY A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

Official Rules | Privacy Policy | FAQ
© 2012 SweepsnPrizes. All rights reserved.





SWEEPS&PRIZES

## OOPS!

Our records indicate that you have already played our Instant Win today!

Be sure to come back tomorrow for your chance to Win. Have a great day!

Sweeps & Prizes
Marketing Team

Click 👍Like us now and you will instantly receive 2 more daily spins everyday starting right now!

## 3 EASY STEPS TO WIN INSTANTLY

1. Like US ON **facebook**
2. GO TO SWEEPS&PRIZES
3. SPIN TO WIN

## WHO IS SWEEPS & PRIZES?

Our fans are always asking what we're cooking up next. We don't have a list of ALL promotions in the hopper so we created Sweeps & Prizes to give fans an inside track to some special promotions and opportunities. Enter today and always visit us on Facebook. Become a Fan and Win $50,000. We Love to giveaway Cash & Prizes!

Official Rules | Privacy Policy | FAQ
© 2012 SweepsnPrizes. All rights reserved.

NO PURCHASE NECESSARY. A PURCHASE OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

