UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

     Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

     Defendants

_____/

# EXHIBIT 7

Emails to Launchship from Irving and Scott
Freiberg stating that Irving is the owner of the
web server and database of SweepNPrizes.com
and for them to change the login and
password to database and get
sweeps-prizes.com site up ASAP

#2

# Admin password change

Inbox x

Scott Freiberg   6:09 PM (14 hours ago)

to Jay, Jay, Rajender, Irv

Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site up now ASAP as well.

-Scott Freiberg



Jay Shetty jay@launchship.com   10:34 PM (9 hours ago)

to me, Rajender, Irv

Who owns the webserver and db account?

Thanks,
Jay

   **Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

irv irv013@gmail.com   10:37 PM (9 hours ago)

to Jay, me, Rajender

the web server and the database are in my name and I have been paying for it since we got them. scott says that the server for the diabetic is in marc's name. read the email i just sent you

On Tue, Aug 14, 2012 at 10:34 PM, Jay Shetty <jay@launchship.com> wrote:
Who owns the webserver and db account?

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site up now ASAP as well.

-Scott Freiberg



Jay Shetty jay@launchship.com   10:48 PM (9 hours ago)

to irv, me, Rajender

alright then, shall I wipe the diabetic server completely right now?

Thanks,
Jay





**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: <u>+91(809) 962-3132</u>

www.*launchship*.com

On Tue, Aug 14, 2012 at 10:37 PM, irv <<u>irv013@gmail.com</u>> wrote:
the web server and the database are in my name and I have been paying for it since we got them. scott says that the server for the diabetic is in marc's name. read the email i just sent you

On Tue, Aug 14, 2012 at 10:34 PM, Jay Shetty <<u>jay@launchship.com</u>> wrote:
Who owns the webserver and db account?

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: <u>+91(809) 962-3132</u>

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <<u>scott.freiberg6@gmail.com</u>> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site up now ASAP as well.

-Scott Freiberg

#2

Scott Freiberg   10:49 PM (9 hours ago)

to Jay

Yes make sure you back it up to somewhere else first

-Scott Freiberg


On Tuesday, August 14, 2012, Jay Shetty wrote:
alright then, shall I wipe the diabetic server completely right now?


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com



On Tue, Aug 14, 2012 at 10:37 PM, irv <irv013@gmail.com> wrote:
the web server and the database are in my name and I have been paying for it since we got them. scott says that the server for the diabetic is in marc's name. read the email i just sent you


On Tue, Aug 14, 2012 at 10:34 PM, Jay Shetty <jay@launchship.com> wrote:
Who owns the webserver and db account?


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

#2

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site
up now ASAP as well.

-Scott Freiberg

--
Sent from my iPhone



Jay Shetty jay@launchship.com   11:01 PM (9 hours ago)

to me, Irv

sure, I have dropped backed it up on to the web server, it takes about 3 hours to wipe the server
completely, with no traces of software and db

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions
Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809)
962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 10:49 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Yes make sure you back it up to somewhere else first



-Scott Freiberg


On Tuesday, August 14, 2012, Jay Shetty wrote:
alright then, shall I wipe the diabetic server completely right now?


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: <u>+91(809) 962-3132</u>

www.*launchship*.com



On Tue, Aug 14, 2012 at 10:37 PM, irv <irv013@gmail.com> wrote:
the web server and the database are in my name and I have been paying for it since we got them.
scott says that the server for the diabetic is in marc's name. read the email i just sent you


On Tue, Aug 14, 2012 at 10:34 PM, Jay Shetty <jay@launchship.com> wrote:
Who owns the webserver and db account?



Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: <u>+91(809) 962-3132</u>

www.*launchship*.com



On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,



Change the password to the admin now ASAP. Get the sweeps-prizes site up now ASAP as well.

-Scott Freiberg

--
Sent from my iPhone

Scott Freiberg 11:11 PM (9 hours ago)

to Jay

jay,

give me a call. For i can explain everything that is going on.

On Tue, Aug 14, 2012 at 11:01 PM, Jay Shetty <jay@launchship.com> wrote:
sure, I have dropped backed it up on to the web server, it takes about 3 hours to wipe the server completely, with no traces of software and db

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 10:49 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Yes make sure you back it up to somewhere else first

#2

-Scott Freiberg

On Tuesday, August 14, 2012, Jay Shetty wrote:
alright then, shall I wipe the diabetic server completely right now?

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 10:37 PM, irv <irv013@gmail.com> wrote:
the web server and the database are in my name and I have been paying for it since we got them.
scott says that the server for the diabetic is in marc's name. read the email i just sent you

On Tue, Aug 14, 2012 at 10:34 PM, Jay Shetty <jay@launchship.com> wrote:
Who owns the webserver and db account?

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site
up now ASAP as well.

-Scott Freiberg

--
Sent from my iPhone



Jay Shetty jay@launchship.com   11:36 PM (8 hours ago)

to me, Rajender, Irv

"achadmin" password is changed to !rvfr7007

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions
Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809)
962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site
up now ASAP as well.

-Scott Freiberg



#2

Jay Shetty jay@launchship.com  5:46 AM (2 hours ago)

to me, Rajender, Irv

Scott, looks like you have pointed to the wrong ip, correct IP is 205.234.153.130 - 205.234.153.134 (5 IP's), anyway I fxed it now.. just an FYI

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Tue, Aug 14, 2012 at 6:09 PM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay & Raj,

Change the password to the admin now ASAP. Get the sweeps-prizes site up now ASAP as well.

-Scott Freiberg

https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...

 

Scott Freiberg <scott.freiberg6@gmail.com>

## Fwd: Passwords

4 messages

**Jay Shetty** <jay@launchship.com>  Tue, Aug 14, 2012 at 10:09 PM
To: Irv Freiberg <irv013@gmail.com>, Scott Freiberg <scott.freiberg6@gmail.com>

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

---------- Forwarded message ----------
From: **steven @ vhp** <sgoldberg@victoryhp.com>
Date: Tue, Aug 14, 2012 at 10:01 PM
Subject: Passwords
To: Rajender Kundhuri <rajender.kundhuri@launchship.com>, jay@launchship.com
Cc: Marc Sporn <msporn@victoryhp.com>

Hello

I need the passwords for

sweepsnprizes.com  web and db servers as well as the new server at liquid web  where we host the diabetic application

thanks

Steven Goldberg

**Jay Shetty** <jay@launchship.com>  Tue, Aug 14, 2012 at 10:09 PM

To: "Scott @ CPL" <scott@cplmediagroup.com>, Irv Freiberg <irv013@gmail.com>, Scott Freiberg
<scott.freiberg6@gmail.com>

Thanks,
Jay

 **Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

[Quoted text hidden]

---

**Scott Freiberg** <scott.freiberg6@gmail.com>                              Tue, Aug 14, 2012 at 10:14 PM
To: Jay Shetty <jay@launchship.com>

Jay,

Remember do not give out anything. Also do not use the cpl email address anymore. My dad and Marc split
this afternoon.

-Scott Freiberg
[Quoted text hidden]

---

irv <irv013@gmail.com>                                                      Tue, Aug 14, 2012 at 10:27 PM
To: Jay Shetty <jay@launchship.com>
Cc: Scott Freiberg <scott.freiberg6@gmail.com>, Irv Freiberg <irv013@gmail.com>

Hi Jay, for the diabetic server at liquid web. Scott says that Marc pays for that server. i would back up
everything onto a different server then wipe out everything on the diabetic server right now and leave
nothing there. Chances are if Steven does not hear from you by the morning he will call liquid web and have
then change the logins for him if he isn't doing it right now. Remember i pay for the sweeps and prizes
servers not him but the domain is in his name(another Warren). Scott sent you logins for godaddy to change
the domain. point sweepsnprizes.net to the new domain for now

fyi marc has locked me out of all accounts including hitpath and icontact and changed the locks on the office
door. I knew he was bad but just not this bad. look him up on google   marc sporn

thanks,
Irv

On Tue, Aug 14, 2012 at 10:09 PM, Jay Shetty <jay@launchship.com> wrote:
[Quoted text hidden]

Gmail - New admin password for scrub tool                    https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...



Scott Freiberg <scott.freiberg6@gmail.com>

## New admin password for scrub tool
1 message

**Rajender Kundhuri** <rajender.kundhuri@launchship.com>               Wed, Aug 15, 2012 at 6:34 AM
To: Irv Freiberg <irv013@gmail.com>, Scott Freiberg <scott.freiberg6@gmail.com>
Cc: Jay Shetty <jay@launchship.com>

new admin password for scrub tool

**$cc0t@!rV*#2**

--

Thanks
-----------------------------
Rajender Reddy K
+91 9030944945
+91 9848848458

#2



Scott Freiberg <scott.freiberg6@gmail.com>

## mail logins
5 messages

**Scott Freiberg** <scott.freiberg6@gmail.com>                    Wed, Aug 15, 2012 at 10:26 AM
To: Jay Shetty <jay@launchship.com>, Jay Shetty <smjayrao@gmail.com>

scott@sweeps-prizes.com
Bentley013

---

**Jay Shetty** <jay@launchship.com>                    Wed, Aug 15, 2012 at 10:30 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>

a confirmation email should be sent to you by now, confirm it and let me know when done.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

*www.launchship.com*


On Wed, Aug 15, 2012 at 10:26 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
scott@sweeps-prizes.com
Bentley013

---

**Jay Shetty** <jay@launchship.com>                    Wed, Aug 15, 2012 at 10:31 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>

or give me the confirmation code.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132



#2

Scott Freiberg <scott.freiberg6@gmail.com>

## Face book fan pages
4 messages

**Scott Freiberg** <scott.freiberg6@gmail.com>                    Tue, Jul 31, 2012 at 10:19 PM
To: Irv Freiberg <irv013@gmail.com>

Vacation Sweeps
vacation.sweepsnprizes@gmail.com
spintowin

Home Improvement
home.improvement.sweepsnprizes@gmail.com
spintowin

Education
education.sweepsnprizes@gmail.com
spintowin

Get Out of Debt
getoutofdebt.sweepsnprizes@gmail.com
spintowin

Bmw Sweeps

bmw.sweepsnprizes@gmail.com
pass: spintowin

**Scott Freiberg** <scott.freiberg6@gmail.com>                    Wed, Aug 15, 2012 at 10:43 AM
To: Jay Shetty <jay@launchship.com>, Jay Shetty <smjayrao@gmail.com>, Rajender Kundhuri
<Rajender.Kundhuri@launchship.com>

Jay,

These are the fan pages that we lost access to.

-Scott Freiberg


---------- Forwarded message ----------
From: Scott Freiberg <scott.freiberg6@gmail.com>
Date: Tue, Jul 31, 2012 at 10:19 PM
Subject: Face book fan pages
To: Irv Freiberg <irv013@gmail.com>


Vacation Sweeps
vacation.sweepsnprizes@gmail.com
spintowin

Home Improvement
home.improvement.sweepsnprizes@gmail.com

https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...



spintowin

Education
education.sweepsnprizes@gmail.com
spintowin

Get Out of Debt
getoutofdebt.sweepsnprizes@gmail.com
spintowin

Bmw Sweeps

bmw.sweepsnprizes@gmail.com
pass: spintowin

---

**Jay Shetty** <jay@launchship.com>                                   Wed, Aug 15, 2012 at 10:46 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>
Cc: Rajender Kundhuri <Rajender.Kundhuri@launchship.com>

looks like we need to recreate the fan pages

scott did u create the fan pages earlier?

if so please do create new fan pages and send them accross.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions
Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809)
962-3132

www.*launchship*.com



On Wed, Aug 15, 2012 at 10:43 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay,

These are the fan pages that we lost access to.

-Scott Freiberg


---------- Forwarded message ----------
From: Scott Freiberg <scott.freiberg6@gmail.com>
Date: Tue, Jul 31, 2012 at 10:19 PM
Subject: Face book fan pages
To: Irv Freiberg <irv013@gmail.com>

Gmail - (#51420808) Abbeysco, LLC Forwarding Confirmation - Re...    https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...

  

Scott Freiberg <scott.freiberg6@gmail.com>

## (#51420808) Abbeysco, LLC Forwarding Confirmation - Receive Mail from scott@sweeps-prizes.com

1 message

**Abbeysco, LLC Team** <mail-noreply@sweeps-prizes.com>    Wed, Aug 15, 2012 at 10:30 AM
To: scott.freiberg6@gmail.com

scott@sweeps-prizes.com has requested to automatically forward mail to your email
address scott.freiberg6@gmail.com.
Confirmation code: 51420808

To allow scott@sweeps-prizes.com to automatically forward mail to your address,
please click the link below to confirm the request:

https://isolated.mail.google.com/mail/vf-4043b17d6e-scott.freiberg6%40gmail.com-
yZU9ZUXXOPOR4Sng9ovHPcwfbL8

If you click the link and it appears to be broken, please copy and paste it
into a new browser window. If you aren't able to access the link, you
can send the confirmation code
51420808 to scott@sweeps-prizes.com.

Thanks for using Abbeysco, LLC!

Sincerely,

The Abbeysco, LLC Team

If you do not approve of this request, no further action is required.
scott@sweeps-prizes.com cannot automatically forward messages to your
email address
unless you confirm the request by clicking the link above. If you accidentally
clicked the link, but you do not want to allow scott@sweeps-prizes.com to
automatically forward messages to your address, click this link to cancel this
verification:
https://isolated.mail.google.com/mail/uf-4043b17d6e-scott.freiberg6%40gmail.com-
yZU9ZUXXOPOR4Sng9ovHPcwfbL8

To learn more about why you might have received this message, please
visit: http://support.google.com/mail/bin/answer.py?answer=184973.

Please do not respond to this message. If you'd like to contact the
Google.com Team, please log in to your account and click 'Help' at
the top of any page. Then, click 'Contact Us' along the bottom of the
Help Center.

#2
www.*launchship*.com

On Wed, Aug 15, 2012 at 10:30 AM, Jay Shetty <jay@launchship.com> wrote:
a confirmation email should be sent to you by now, confirm it and let me know when done.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com


On Wed, Aug 15, 2012 at 10:26 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
scott@sweeps-prizes.com
Bentley013


Scott Freiberg <scott.freiberg6@gmail.com>                      Wed, Aug 15, 2012 at 10:31 AM
To: Jay Shetty <jay@launchship.com>

I did can you get support to foward to me and my dad to

On Wednesday, August 15, 2012, Jay Shetty wrote:
a confirmation email should be sent to you by now, confirm it and let me know when done.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

Gmail - Face book fan pages                               https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...



Vacation Sweeps
vacation.sweepsnprizes@gmail.com
spintowin

Home Improvement
home.improvement.sweepsnprizes@gmail.com
spintowin

Education
education.sweepsnprizes@gmail.com
spintowin

Get Out of Debt
getoutofdebt.sweepsnprizes@gmail.com
spintowin

Bmw Sweeps

bmw.sweepsnprizes@gmail.com
pass: spintowin

---

**Scott Freiberg** <scott.freiberg6@gmail.com>                    Wed, Aug 15, 2012 at 10:49 AM
To: Jay Shetty <jay@launchship.com>

Yes I will do it again

On Wed, Aug 15, 2012 at 10:46 AM, Jay Shetty <jay@launchship.com> wrote:
looks like we need to recreate the fan pages

scott did u create the fan pages earlier?

if so please do create new fan pages and send them accross.


Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com


On Wed, Aug 15, 2012 at 10:43 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
Jay,

These are the fan pages that we lost access to.

#2

-Scott Freiberg

---------- Forwarded message ----------
From: Scott Freiberg <scott.freiberg6@gmail.com>
Date: Tue, Jul 31, 2012 at 10:19 PM
Subject: Face book fan pages
To: Irv Freiberg <irv013@gmail.com>

Vacation Sweeps
vacation.sweepsnprizes@gmail.com
spintowin

Home Improvement
home.improvement.sweepsnprizes@gmail.com
spintowin

Education
education.sweepsnprizes@gmail.com
spintowin

Get Out of Debt
getoutofdebt.sweepsnprizes@gmail.com
spintowin

Bmw Sweeps

bmw.sweepsnprizes@gmail.com
pass: spintowin

#2

On Wed, Aug 15, 2012 at 10:26 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
scott@sweeps-prizes.com
Bentley013

--
Sent from my iPhone

**Jay Shetty** <jay@launchship.com>                              Wed, Aug 15, 2012 at 10:49 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>

confirm irv's email as well

all the three accounts passwords are same (what u gave)

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

On Wed, Aug 15, 2012 at 10:31 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
I did can you get support to foward to me and my dad to

On Wednesday, August 15, 2012, Jay Shetty wrote:
a confirmation email should be sent to you by now, confirm it and let me know when done.

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

#2

On Wed, Aug 15, 2012 at 10:26 AM, Scott Freiberg <scott.freiberg6@gmail.com> wrote:
scott@sweeps-prizes.com
Bentley013


--
Sent from my iPhone

Gmail - sweepsnprizes.net is now turned off.                    https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...

#2



Scott Freiberg <scott.freiberg6@gmail.com>

## sweepsnprizes.net is now turned off.
2 messages

Jay Shetty <jay@launchship.com>                                    Wed, Aug 15, 2012 at 11:06 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>, Irv Freiberg <irv013@gmail.com>, Rajender Kundhuri
<Rajender.Kundhuri@launchship.com>

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

Scott Freiberg <scott.freiberg6@gmail.com>                          Wed, Aug 15, 2012 at 11:10 AM
To: Jay Shetty <jay@launchship.com>
Cc: Irv Freiberg <irv013@gmail.com>, Rajender Kundhuri <Rajender.Kundhuri@launchship.com>

I see that too

Thank You
Scott Freiberg

On Wed, Aug 15, 2012 at 11:06 AM, Jay Shetty <jay@launchship.com> wrote:

Thanks,
Jay



**Jay Shetty**, *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com

Gmail - admin                                          https://mail.google.com/mail/u/0/?ui=2&ik=d938b8cb44&view=pt&...

 

Scott Freiberg <scott.freiberg6@gmail.com>

## admin
2 messages

**Scott Freiberg** <scott.freiberg6@gmail.com>                     Wed, Aug 15, 2012 at 11:42 AM
To: Jay Shetty <jay@launchship.com>, Rajender Kundhuri <Rajender.Kundhuri@launchship.com>, Jay Shetty
<smjayrao@gmail.com>, Irv Freiberg <irv013@gmail.com>

   Jay & Raj,

   Can you change the url for the admin from
   dev.americanconsumershealth.com/admin to sweeps-prizes.com/admin.

   Also take down all the americanconsumershealth (ACH) sites down as well.

   -Scott Freiberg

**Jay Shetty** <jay@launchship.com>                              Wed, Aug 15, 2012 at 11:57 AM
To: Scott Freiberg <scott.freiberg6@gmail.com>
Cc: Rajender Kundhuri <Rajender.Kundhuri@launchship.com>, Irv Freiberg <irv013@gmail.com>

   done


   Thanks,
   Jay



**Jay Shetty,** *Launchship Technology Solutions Pvt. Ltd.*

Tel: +91(406) 552-5555 | Mobile: +91(809) 962-3132

www.*launchship*.com


[Quoted text hidden]