UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 8

# Copy of a notice to a prize winner

**Marc Sporn**

| | |
|---|---|
| **From:** | Lauri Daniels [lauridaniels@gmail.com] |
| **Sent:** | Friday, August 17, 2012 1:25 PM |
| **To:** | winners@sweepsnprizes.com |
| **Subject:** | Fwd: Congratulations You Won |

I haven't heard from anyone...so I am sending this again.

Thank you
Lauri Daniels

---------- Forwarded message ----------
From: **SweepsnPrizes** <email@sweepsnprizesmail.com>
Date: Sun, Aug 12, 2012 at 1:32 PM
Subject: Congratulations You Won
To: lauridaniels@gmail.com

To ensure inbox delivery please add email@sweepsnprizesmail.com to your contact list

## Congratulations You Won

That's right You Won Our Instant Spin Game

Like we say on our Website, Sweeps & Prizes Love's to Giveaway Cash & Prizes! Every week we do a random draw to award our Fans a Special opportunity to be a Winner @ Sweeps & Prizes!

You are the Winner of a Choice of 1 of 4 Great Prizes:

1. 3 Day / 2 Night Getaway
2. $100 Retail Gift Certificate
3. $500 Grocery Savings
4. $25 Restaurant Certificate

## How To Redeem Your Prize

Simply forward this email to **winners@sweepsnprizes.com** and within 7 Days of our receipt, you will be receiving an email from us with your Pin# and instructions on how to Fetch Your Prize Instantly! That's It!

Oh, one last favor- Can you please Post on your Facebook Timeline and/or Tweet to your Twitter Followers that you a Sweeps & Prizes Winner?

Please Share Your Winning Experience With Your Friends!

Once again Thank You For Your Interest In Sweeps & Prizes

1