UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants

_____/

# EXHIBIT 9

# Document from Whois showing registration for sweeps-prizes.com



## Available domain names similar to sweeps-prizes.com

- ☐ SweepsPrizesOnline.com
- ☐ SweepsPrizesOnline.net
- ☐ SweepingSweepsPrizes.
- ☐ SweepingSweepsPrizes.
- ☐ JerseySweepsPrizes.cor
- ☐ JerseySweepsPrizes.net
- ☐ AmericanSweepsPrizes.(
- ☐ AmericanSweepsPrizes.r
- ☐ DailySweepsPrizes.com
- ☐ DailySweepsPrizes.net
- ☐ SweepsPrizesKing.com
- ☐ SweepsPrizesKing.net
- ☐ TimeSweepsPrizes.com
- ☐ TimeSweepsPrizes.net
- ☐ PhoneSweepsPrizes.con
- ☐ PhoneSweepsPrizes.net
- ☐ CitySweepsPrizes.com
- ☐ CitySweepsPrizes.net
- ☐ AmbitionSweepsPrizes.c
- ☐ AmbitionSweepsPrizes.n
- ☐ GardenSweepsPrizes.co
- ☐ GardenSweepsPrizes.ne
- ☐ PointsSweepsPrizes.con
- ☐ PointsSweepsPrizes.net

**Register Now**   Only $9.88 at Whois.com

## sweeps-prizes.com Registry Whois

Updated 1 second ago - Refre

```
Domain Name: SWEEPS-PRIZES.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS13.DOMAINCONTROL.COM
Name Server: NS14.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 14-aug-2012
Creation Date: 14-aug-2012
Expiration Date: 14-aug-2014
```

## sweeps-prizes.com Registrar Whois

Updated 1 second a

```
Registrant:
  Abbeysco, LLC
  5295 Town Center Rd
  Suite 302
  Boca Raton, Florida 33486
  United States

  Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
  Domain Name: SWEEPS-PRIZES.COM
     Created on: 14-Aug-12
     Expires on: 14-Aug-14
     Last Updated on: 14-Aug-12

  Administrative Contact:
     Freiberg, Abbey   abbeysco.6@gmail.com
     Abbeysco, LLC
     5295 Town Center Rd
     Suite 302
     Boca Raton, Florida 33486
     United States
     561-886-8688
```

Technical Contact:
 Freiberg, Abbey  abbeysco.6@gmail.com
 Abbeysco, LLC
 5295 Town Center Rd
 Suite 302
 Boca Raton, Florida 33486
 United States
 561-886-8688

Domain servers in listed order:
 NS13.DOMAINCONTROL.COM
 NS14.DOMAINCONTROL.COM

### Domains
Register Domain Name
Domain Transfer
View Domain Pricing
Bulk Domain Registration
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
FREE Services

### Hosting & Services
Linux Hosting
Windows Hosting
Reseller Hosting
Website Builder
Email
SSL

### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

© 2012 Whois. All rights reserved.