UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 10

# Flex Marketing documentation regarding the wiring of $8,193.90 to Lone Star Brand, LLC's account at Comerica

# Marc Sporn

| | |
|---|---|
| **From:** | Alana Tendler [alana@flexmg.com] |
| **Sent:** | Tuesday, August 14, 2012 4:56 PM |
| **To:** | 'Marc@CPL'; 'Michael Held'; paul@flexmg.com |
| **Cc:** | 'Melissa Pezzullo' |
| **Subject:** | RE: update |
| **Attachments:** | lonestar_801-812.xlsx |

Hi Irv,

Attached is the information you requested – it seems there may have been some residual traffic since when I pulled the report. We will pay that residual in the next batch.

Here is the confirmation for the wire:
Status: Processed - Confirmation Number is 2260247469.
Saved as Model
Wire Fees: $14.00
Beneficiary
Lone Star Brands, LLC

 Bank
Name: COMERICA BANK
ABA: 067012099
Address: Boca Raton , FL

Beneficiary's account number: 1811054954
 Amount: $8,193.90
 Date of Transfer: Immediate

Best,



Alana Tendler

Accounting Manager

Flex Marketing Group

**From:** Marc@CPL [mailto:ms@cplmediagroup.com]
**Sent:** Tuesday, August 14, 2012 4:04 PM
**To:** accounting@flexmg.com
**Subject:** update

Hello Alana Or Mike:

Can someone please give me a call about our account CPL Media Group, Inc (irv Freiberg)

Rgds
Marc
CPL Media Group, Inc.