UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 11

# Letter to Marc Sporn from General Counsel at Flex Marketing, LLC

Flex Marketing Group, LLC 106 East 19th Street, 8th Floor New York, NY 10003

Monday, August 20, 2012

*Via Electronic Mail (ms@cplmediagroup.com) & FedEx*
CPL MEDIA GROUP, INC.
8081 N Congress Ave
Boca Raton, FL 33487

Attn: Mr. Marc Sporne

      Re:    Response to E-mail Correspondence Dated August 20, 2012

Dear Mr. Sporne:

    I represent Flex Marketing Group, LLC ("Flex Marketing Group") in its corporate and litigation matters.

    This letter sets forth: (1) Flex Marketing Group's response to your e-mail correspondence dated August 20, 2012; (2) Flex Marketing Group's immediate demand that you cease and desist all further slanderous and accusatory remarks concerning wrongdoing relating in any way to your dealings with Flex Marketing Group; and (3) Flex Marketing Group's immediate demand that you provide written documentation demonstrating the veracity of your accusations regarding Mr. Irving Freiberg, Lone Star Brands, and the "Sweepsnprizes" customer list.

    Initially, please be advised that Flex Marketing Group takes compliance extremely seriously. Flex Marketing Group has no interest in working with disreputable clients or vendors. And if provided with evidence of wrongdoing by or concerning any client or vendor, Flex Marketing Group will take swift and decisive action to ensure that the problem is remedied and that justice is served.

    However, to date, Flex Marketing Group has not received any documentation from you or any other party evidencing wrongdoing on the part of Mr. Freiberg or Lone Star Brands with respect to campaigns being run or the data being used. In fact, since signing up on Flex Marketing Group's network on July 14, 2012 – two days before CPL Media Group, Inc. – Lone Star Brands has been responsible for a steady stream of high quality traffic. Conversely, CPL Media Group, Inc. has not been responsible for any traffic at all.

    Based upon the foregoing, Flex Marketing Group has strong reason to believe that the allegations of wrongdoing are meritless.

*CPL Media Group, Inc.*
*Attn: Mr. Sporne*
*August 20, 2012*

More importantly, Flex Marketing Group has a right to remain free from disparaging, slanderous, manipulative and/or high-pressure tactics, and Flex Marketing Group will take the necessary actions to protect that right. (Note that a copy of this letter and a record of its delivery will be stored. Note too that it is admissible as evidence in a court of law and will be used as such if needed in the future.)

Ultimately, unless you can provide written documentation demonstrating the veracity of your accusations regarding Mr. Irving Freiberg, Lone Star Brands, and the "Sweepsnprizes" customer list, this letter demands that you immediately discontinue making any other disparaging or slanderous comments about or in any way relating to Flex Marketing Group.

Should you or any other member of your CPL Media Group, Inc. team willfully choose to continue your current course of action, Flex Marketing Group will not hesitate to take appropriate action to cease your improper and wrongful conduct.

I trust that you recognize the importance of this situation and that you immediately notify Flex Marketing Group of your plan to correct your current course of action.

This letter does not purport to be a complete statement of the law or facts surrounding this matter and is sent without prejudice to Flex Marketing Group's legal and equitable rights, which are expressly reserved.

Very truly yours,

Jason A. Hirschel, Esq.
General Counsel

cc:  *Via Email*
    Mr. Michael Held (Michael@Flexmg.com)

2