UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CPL MEDIA GROUP, INC.,
and MICHELLE LARKIN,

    Plaintiffs

vs.

IRVING FREIBERG, SCOTT FREIBERG,
ABBEY FREIBERG, ABBEYSCO, LLC, and
LONE STAR BRANDS, LLC,

    Defendants
_____/

# EXHIBIT 12

# Screen shots of defendant's Sweeps-Prizes.com website





8/15/2012 7:02 PM





8/15/2012 7:03 PM



8/15/2012 7:04 PM



8/15/2012 7:04 PM



8/15/2012 7:05 PM



8/15/2012 7:05 PM



## SWEEPS&PRIZES

# BECOME ONE OF OVER 10,000 WINNERS EVERY 90 DAYS.

Spin Now! For your chance to Win any 1 of these 4 Great Prizes! (Winners get to choose any 1 of the 4 prizes)

3 Day / 2 Night Getaway for Two to over 40 destinations nationwide including Disney World, Las Vegas, New York City

$100 Retail Rebate Reward Certificate at over 200 Retailers Nationwide like WalMart, Target, KMart, Home Depot & Best Buy

$500 Grocery Savings Program good at over 127,000 grocery stores nationwide including Kroger, Safeway, Shoprite, Winn-Dixie, Publix, A &P, Pathmark, BJ's, Sams, Costco and lots more.....

$25 Restaurant Dining Certificate over 18,000 Restaurants Nationwide

### IT'S TIME TO SPIN TO WIN!

**You have 4 Chances Remaining To Play.** Hit the spin button below for a chance to get 3 Objects in a Row to become an Instant Winner! Don't forget you have 5 chances to Spin to Win any one of the Great prizes on the left every day! Good Luck





NEXT

Click [Like] us now and you will instantly receive 2 more daily spins everyday starting right now!

8/15/2012 7:06 PM



8/15/2012 7:08 PM

mail at info[at]SweepnPrizes.com, or via regular (postal) mail at the address below.

Return To top

**Unsubscribe: Opt-Out**

You may unsubscribe or opt-out from any of our e-mail marketing programs at any time. In every e-mail communication that we send and every offer that we post to the Website, there is an unsubscribe hyperlink that allows the recipient to unsubscribe or opt-out from the specific e-mail marketing list by simply clicking the hyperlink provided and following the instructions that follow. We attempt to process all unsubscribe and opt-out requests in a prompt fashion. However, after unsubscribing, we cannot guarantee that you will never receive another mailing from us because we may obtain your e-mail address in the future through a different e-mail marketing list that you have subscribed to. We can guarantee, however, that if you should ever receive another e-mail communication from Sweeps & Prizes, you will be able to remove your e-mail address via the unsubscribe hyperlink contained in any such communication.

If you wish to discontinue receiving e-mail messages from Prize & Sweeps, you can either: (a) send an e-mail to info[at]SweepnPrizes.com; or (b) follow the instructions in each promotional e-mail message or Newsletter sent by us. Sweeps & Prizes is able to offer its free services, in part, based upon the willingness of users to be contacted by our marketing partners, including our Advertisers.

8/15/2012 7:09 PM



http://sweeps-prizes.com/Fbapp/Home/privacy - Windows Inter...

Sweeps & Prizes is able to offer its free services, in part, based upon the willingness of users to be contacted by our marketing partners, including our Advertisers.

Return To top

### How You Can Review Your Personal Information

If you want to (a) review or revise the Personal Information you have already provided; and/or (b) discontinue your service with us or otherwise close your account with us and have us delete the Personal Information in it (except for information that we keep for record-keeping purposes), please contact us via e-mail at info[at]SweepnPrizes.com or via regular (postal) mail at: Sweeps & Prizes 455 ne 5th ave. suite d. Delray, FL 33483. To protect your privacy and security, we will take reasonable steps to help verify your identity before granting access or making corrections.

Return To top

8/15/2012 7:10 PM



Return To top

**Third Party Links**

The Website contains links to other websites owned, operated and affiliated with Sweeps & Prizes and to websites and/or products operated by unrelated third parties. In addition, if you click on an advertisement on our Website, you may be directed to a web page within the Website or to a third party website or product. Please note that Sweeps & Prizes does not endorse is responsible for, the accuracy of the privacy policies and/or terms and conditions of third party websites or products accessible through the Website, the Newsletters, the Online Media or any of the e-mail sent by us including, without limitation, our Advertisers. In some cases, you may be required to provide certain information to register or complete a transaction on the web properties of such third parties. Such entities are independent third parties and are not affiliated with Sweeps & Prizes. These third parties have separate privacy and data collection practices and policies and we have no responsibility or liability relating to them. We encourage end-users to review the privacy practices and policies and terms of use of any such entities. This Privacy Policy applies only to this Website unless you are notified otherwise upon accessing any third party website or product in which case the terms and conditions set forth in such notification will apply.

8/15/2012 7:10 PM



**A2.** Yes only if you have opted in to receive our daily reminders and special offers from our marketing partners. We work with many brands you already know and love, like Coca-Cola, Microsoft, Scotts, J. Crew, Adidas, and more! You will always have the ability to unsubscribe from our emails.

**Q3. Why does Sweeps & Prizes need my personal information like my address, phone number and email address?**

**A3.** The simple answer is we need to be able to contact you if you should win any one of our Sweeps or Daily Instant Wins! It is very important that you sign up with accurate information because if we cannot verify it is you, Sweeps & Prizes reserves the right not to issue you your prize!

**Q4. If I Win a Sweeps or Daily Instant Win What should I do?**

**A4.** The first thing to do is to check your email because you will be notified first by email with instructions on how to redeem your Prize. It is very important that you enter your email address correctly when you enter any of Sweeps & Prizes Sweepstakes!

**Q5. How will I know if I'm the $50,000 sweepstakes winner?**

8/15/2012 7:12 PM

